AUSA: Susan Fairchild  Telephone: (313) 226-9577
Officer: Robert Golembiewski  Telephone: 313-771-6571

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Luis Angel HERNANDEZ-BONILLA,

Case No.  
Case: 2:25-mj-30289  
Assigned To : Unassigned  
Assign. Date : 5/5/2025  
Description: SEALED MATTER (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 24, 2025__ in the county of __Livingston__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:

On or about April 24, 2025, in the Eastern District of Michigan, Southern Division, Luis Angel HERNANDEZ-BONILLA, an alien from Mexico was found in the United States after having been denied admission, excluded, deported, and removed there from on or about December 1, 2016, and not having obtained the express consent of the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

☑ Continued on the attached sheet.

_____
Complainant's signature

Robert Golembiewski, Deportation Officer, ICE ERO
Printed name and title

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: May 5, 2025

_____
Judge's signature

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge
Printed name and title

## AFFIDAVIT

I, Robert Golembiewski, hereby declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), of the United States Department of Homeland Security (DHS). I have been employed in this capacity since March 2018. I am assigned to the Criminal Alien Program (CAP) in the ICE ERO Detroit Field Office.

2. I submit this affidavit in support of a criminal complaint and arrest warrant for Luis Angel HERNANDEZ-BONILLA, an alien who has previously been removed from the United States on or about December 1, 2016 at Nogales, Arizona, and was thereafter found in the United States on or about April 24, 2025, without the express consent of the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to re-apply for admission, all in violation of Title 8, United States Code, § 1326(a).

3. The facts set forth in this affidavit are based upon my personal knowledge, training and experience, information provided to me by other law enforcement officers to include ICE ERO Deportation Officers, and records checks of law enforcement databases. I have also reviewed records from the official immigration file and system automated data relating to HERNANDEZ-BONILLA.

4. The information set forth in this affidavit is for the limited purpose of establishing probable cause and does not necessarily include all the information known to law enforcement related to this investigation.

## PROBABLE CAUSE

5. HERNANDEZ-BONILLA is a twenty-eight-year-old male, native and citizen of Mexico who last entered the United States at or near an unknown place, on or about an unknown date without being inspected and admitted or paroled by an immigration officer.

6. On or about August 21, 2016, United States Border Patrol (USBP) Agents near Lordsburg, New Mexico arrested HERNANDEZ-BONILLA after he illegally entered the United States from Mexico.

7. On or about August 22, 2016, HERNANDEZ-BONILLA was processed and served with an Expedited Removal (ER).

8. On or about September 1, 2016, HERNANDEZ-BONILLA was removed from the United States to Mexico through the El Paso, Texas Port of Entry.

9. On or about November 30, 2016, USBP Agents near Nogales, Arizona arrested HERNANDEZ-BONILLA after he illegally entered the United States from Mexico.

10. On or about December 1, 2016, HERNANDEZ-BONILLA was processed and served Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal. HERNANDEZ-BONILLA was removed from the United States to Mexico through the Nogales, Arizona.

11. On or about April 24, 2025, the Livingston County Sheriff's Department of Howell, Michigan detained HERNANDEZ-BONILLA as part of an investigation where he was under suspicion of Soliciting a Minor for Immoral Purposes. According to the police report, HERNANDEZ-BONILLA communicated with a subject on-line whom he believed was a 13-year-old boy and discussed having sex with him. HERNANDEZ-BONILLA denied the allegations.

12. On or about April 24, 2025, ICE-ERO Detroit arrested HERNANDEZ-BONILLA at the Livingston County Jail in Howell, Michigan and transported him to the Detroit ICE Office for processing. HERNANDEZ-BONILLA's fingerprints and photograph were captured and entered in the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that HERNANDEZ-BONILLA is a native and citizen of Mexico who was previously removed from the United States.

13. A review of immigration records for HERNANDEZ-BONILLA and queries in the U.S. Department of Homeland Security databases revealed that no records exist of HERNANDEZ-BONILLA obtaining permission or consent from the Attorney General of the United States or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his last removal to Mexico on December 1, 2016.

14. ICE ERO Detroit served HERNANDEZ-BONILLA with a Form I-871, Notice of Intent/Decision to Reinstate Prior Order of Removal.

15. The aforementioned arrest and subsequent detention of HERNANDEZ-BONILLA was an administrative non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States who is reasonably believed to be in violation of any law or regulation regulating the admission, expulsion, or removal of aliens.

## CONCLUSION

16. Based on the above information, there is probable cause to conclude that, on or about April 24, 2025, within the Eastern District of Michigan, Luis Angel HERNANDEZ-BONILLA, is an alien who was removed from the United States on or about December 1, 2016 at Nogales, Arizona, and thereafter was found in the United States without having obtained the express consent or permission from the Attorney General of the United States or from the Secretary of the United States Department of Homeland Security to re-apply for admission to the United States, in violation of Title 8, United States Code, § 1326(a).

_____
Robert Golembiewski, Deportation Officer
Enforcement and Removal Operations
Immigration and Customs Enforcement
U.S. Department of Homeland Security

Subscribed and sworn to before me in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

Dated: _____May 5, 2025_____